**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SHOUSONG CHI,

              Petitioner,

    v.

LORETTA E. LYNCH, Attorney General,

              Respondent.

No.    11-71605

Agency No. A097-873-131

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted October 19, 2016
Honolulu, Hawaii

Before: WALLACE, FARRIS, and WATFORD, Circuit Judges.

    Shousong Chi, a native and citizen of China, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's decision denying his application for asylum and withholding of removal.

We review the agency's factual findings for substantial evidence. *See Wakkary v.*

*Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009). We deny the petition for review.

       [*]   This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

Substantial evidence supports the agency's conclusion that Chi did not establish that his past harm rose to the level of persecution. *See Gu v. Gonzales*, 454 F.3d 1014, 1020-21 (9th Cir. 2006). Substantial evidence also supports the agency's conclusion that Chi did not establish an objectively reasonable fear of future persecution. *Id.* at 1022. Thus, Chi's asylum and withholding of removal claims fail. *See Zehatye v. Gonzales*, 453 F.3d 1182, 1190 (9th Cir. 2006).

PETITION FOR REVIEW DENIED.